IN THE UNITED STATE DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, a Delaware Corporation, and William R. Woessner, and individual, and STEVEN M. BROWN, an individual, | CIVIL ACTION<br><br>No: 2:21-cv-00183<br><br>The Honorable Robert Colville |
| *Plaintiffs,* | *Electronically filed* |
| v. | |
| ROBINSON TOWNSHIP, and THE MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON, | **JURY TRIAL DEMANDED** |
| *Defendants.* | |

### Notice of Appearance

Kindly enter the appearance of Chadd C. Colin, Esq. and the law firm of Yukevich, Marchetti, Fischer & Zangrilli, P.C. on behalf of Defendants the Municipal Authority of the Township of Robinson in the above captioned matter.

        Respectfully submitted,

        YUKEVICH, MARCHETTI, FISCHER
        & ZANGRILLI, P.C.

By:   /s/Chadd C. Colin
        Chadd C. Colin, Esq.

        Attorneys for Defendants