IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, a Delaware Corporation, and WILLIAM R. WOESSNER, an individual, and STEVEN M. BROWN, an individual,<br><br>         Plaintiffs,<br><br>vs.<br><br>THE TOWNSHIP OF ROBINSON and THE MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON,<br><br>         Defendants. | Civil Action No.: 2:21-cv-00183 |

## **NOTICE OF APPEARANCE**

To: Clerk of Courts

Kindly enter the appearance of Alexandra M. Menosky, Esquire on behalf of Plaintiffs, Lamar Advantage GP Company, LLC, William R. Woessner, and Steven M. Brown, with regard to the above-captioned matter.

Respectfully submitted,

/s/ Alexandra M. Menosky, Esq.
Alexandra M. Menosky, Esq.
Pa. I.D. 326193
Smith Butz, LLC
125 Technology Drive, Suite 202
Canonsburg, PA 15317
Dated: February 22, 2022                (724) 745-5121

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing with the

Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all

counsel of record.

/s/ Alexandra M. Menosky
*Attorney for Plaintiffs*