### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, a Delaware Corporation and WILLIAM R. WOESSNER, an individual, and STEVEN M. BROWN, an individual, | CIVIL DIVISION<br><br>No: 2:21-cv-00183<br><br>US District Judge Robert J. Colville |
| Plaintiffs, | |
| v. | **ELECTRONICALLY FILED** |
| THE TOWNSHIP OF ROBINSON and THE MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON, | |
| Defendants, | |
| v. | |
| PTM ADVERTISING, LLC, | |
| Third-Party Defendant. | |

### CONSENT MOTION TO APPROVE SETTLEMENT

AND NOW, comes Defendant, THE TOWNSHIP OF ROBINSON, by and through its counsel, MARSHALL DENNEHEY and PAUL D. KREPPS, ESQUIRE, and with the consent of all parties, files the within MOTION TO APPROVE THE SETTLEMENT in the above matter, averring in support as follows:

1. After extensive negotiations over a considerable period of time, the parties have agreed to a settlement of the above matter in all respects.

2. The terms of the Agreement were reduced to writing and executed by representatives of all parties. *See* attached hereto a true and correct copy of the Mutual Release and Settlement Agreement, including Exhibits "A" and "B".

3. The parties agree that the settlement was entered into in good faith.

4. The parties further agree to the relief requested herein.

WHEREFORE, Defendant, THE TOWNSHIP OF ROBINSON, respectfully requests that the Court enter and Order consistent with the proposed Order filed contemporaneously with this motion.

Respectfully submitted,

**MARSHALL DENNEHEY**

BY: _/s/ Paul D. Krepps_
PAUL D. KREPPS, ESQUIRE
PA ID #73038
**Counsel for Defendant**
**Township of Robinson**
Union Trust Building, Suite 700
501 Grant Street
Pittsburgh, PA  15219
412-803-1140
412-803-1188/fax
PDKrepps@mdwcg.com