# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, a Delaware Corporation and WILLIAM R. WOESSNER, an individual, and STEVEN M. BROWN, an individual, <br><br>           Plaintiffs, <br><br> v. <br><br> THE TOWNSHIP OF ROBINSON and THE MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON, <br><br>           Defendants, <br><br> v. <br><br> PTM ADVERTISING, LLC, <br><br>           Third-Party Defendant. | CIVIL DIVISION <br><br> No: 2:21-cv-00183 <br><br> US District Judge Robert J. Colville <br><br> **ELECTRONICALLY FILED** |

## ORDER OF COURT

AND NOW, this  26th  day of  January , 2024, upon consideration of the Motion by the Township of Robinson to approve settlement and the Court noting that the other parties consent to the requested relief, it is hereby ORDERED, ADJUDGED and DECREED that said motion is GRANTED.  The Court hereby approves the settlement of this matter as reflected in the Release and Settlement Agreement and related documents as attached to Defendant's motion as Exhibit "A".

Joint Stipulation of Dismissal shall be filed within 60 days from the date of this order.

BY THE COURT:

*s/Robert J. Colville*
US District Judge Robert J. Colville

LEGAL/158673698.v1