IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMAR ADVANTAGE GP COMPANY, LLC, a Delaware Corporation and WILLIAM R. WOESSNER, an individual, and STEVEN M. BROWN, an individual, | CIVIL DIVISION<br><br>No: 2:21-cv-00183 |
| Plaintiffs, | US District Judge Robert J. Colville |
| v. | |
| | **ELECTRONICALLY FILED** |
| THE TOWNSHIP OF ROBINSON AND THE MUNICIPAL AUTHORITY OF THE TOWNSHIP OF ROBINSON, | |
| Defendants, | |
| v. | |
| PTM ADVERTISING, LLC, | |
| Third-Party Defendant. | |

## ORDER OF COURT

AND NOW, this  2nd  day of February, 2024, upon consideration of the Stipulation of Dismissal filed by counsel for the parties, it is hereby ORDERED that the above-referenced matter has been settled and shall be dismissed with prejudice.

BY THE COURT:

*s/Robert J. Colville*
US District Judge Robert J. Colville

LEGAL/158999419.v1